Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR MORENO; IRENE MORENO,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A. as successor in interest for COUNTRYWIDE HOME LOANS, INC., and DOES 1 through 100, Inclusive<br><br>　　　　Defendants. | Case No. SACV09-01484-CJC (MLGx)<br><br>Honorable Cormac J. Carney<br><br>[~~PROPOSED~~] JUDGMENT OF DISMISSAL |

436674

[~~PROPOSED~~] JUDGMENT

Pursuant to the Court's Order of February 2, 2010, granting the Motion to Dismiss Plaintiffs Salvador and Irene Moreno's ("Plaintiffs") Complaint against Defendants Bank of America, N.A., Countrywide Home Loans, Inc. (both erroneously sued as "Bank of America, N.A. as successor in interest to Countrywide Home Loans, Inc.") (collectively, "Defendants"), Plaintiffs were given twenty days leave to amend. Plaintiffs have not amended their Complaint within the time allowed.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims against Defendants in Plaintiffs' Complaint are DISMISSED WITH PREJUDICE.

SUCH JUDGMENT IS ENTERED.

Dated: 3/1/10

Honorable Cormac J. Carney

Respectfully Submitted,

**BRYAN CAVE LLP**

By: /s/ *Vanessa A. Sunshine*
Vanessa A. Sunshine
Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC. (erroneously sued as "Bank of America, N.A. as successor in interest for Countrywide Home Loans, Inc.") and BANK OF AMERICA, N.A. (erroneously sued as "Bank of America, N.A. as successor in interest for Countrywide Home Loans, Inc.")

436674

2
[PROPOSED] JUDGMENT